IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| SONYA BROWN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|   v. | ) | 2:11cv536-MHT |
| | ) | (WO) |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

Based on the representations made by the parties during an on-the-record conference call held on March 14, 2012, it is ORDERED as follows:

(1) Plaintiff Sonya Brown's motion for leave to file an amended complaint (doc. no. 23) is denied without prejudice.

(2) The parties have until May 1, 2012, to engage in discovery on the new issues raised in the proposed amended complaint.  Parties will have 14 days to respond to any discovery requests on those issues.

(3) Plaintiff Sonya Brown has until May 1, 2012, to refile her motion for leave to file an amended complaint. Any such motion must be accompanied by some evidentiary support for each new claim raised in the proposed amended complaint.

DONE, this the 15th day of March, 2012.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE